# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| DUSTIN WILLIAMSON, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:25-cv-31 (MTT) |
| ) | |
| Captain **SHAKERIA SMITH**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## ORDER

Plaintiff Dustin Williamson moves for court-appointed counsel. ECF 25. The Court has ordered pretrial submissions in this case involving claims of Eighth Amendment excessive force and First Amendment retaliation. ECF 1, 24. Plaintiff states the issues involved are complex, require significant research and investigation, and that he has very limited access to the law library and limited knowledge of the law. ECF 25 at 1. He further states that he is currently in the "special management unit," which further limits his access to the law library. *Id.*

"Appointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citation omitted). Rather, "[i]t is a privilege that is justified only by exceptional circumstances." *Id.* (citation omitted). Plaintiff has not shown the existence of exceptional circumstances necessary to justify the appointment of counsel in his civil case. Accordingly, Plaintiff's motion (ECF 25) is **DENIED**.

**SO ORDERED**, this 28th day of May, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT